"UNDER SEAL"

FILED
IN COURT
CHARLOTTE, N. C.

MAR 1 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR 17 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| PHILLIP ALLEN DOSTER | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of

Indictment be sealed until the defendant has been arrested.

This the _1st_ day of _March_, 2006.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE