UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N. C.

MAR 1 6 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:06CR17 |
| v. | ) | |
| | ) | **ORDER TO UNSEAL** |
| PHILLIP ALLEN DOSTER | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the

captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire

file in this criminal action is hereby UNSEALED.

This the **16** day of March, 2006.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE