# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06CR17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PHILLIP ALAN DOSTER. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion for Bond Reconsideration. Having considered defendant's Motion for Bond Reconsideration and reviewed the pleadings, and it appearing that no changed circumstances have been alleged in the motion and that defendant has "informed counsel that he wished to <u>appeal</u> the courts [*sic*] bond determination," Motion, at ¶ 3 (emphasis added), the undersigned will deem this motion for reconsideration to be an appeal of the undersigned's detention order, and respectfully transfer such appeal to the district court for disposition.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Bond Reconsideration (#13) is **DEEMED** to be an **APPEAL**, and is transferred to the district court for consideration.

Signed: April 3, 2006

_____
Dennis L. Howell
United States Magistrate Judge